UNPUBLISHED ORDER
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 30, 2006

**Before**

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

| | |
|---|---|
| No. 02-2998 | Appeal from the United States District Court for the Northern |
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | District of Illinois, Eastern Division |
| | No. 99 CR 544 |
| *v.* | |
| | **Wayne R. Andersen**, *Judge.* |
| KEITH KYSER, a/k/a "KEEZO", *Defendant-Appellant*. | |

## O R D E R

A jury in the Northern District of Illinois convicted Keith Kyser of conspiracy to possess with intent to distribute controlled substances in violation of 21 U.S.C. § 846. While his appeal remained pending, the Supreme Court issued its decision in *United States v. Booker*, 543 U.S. 220 (2005). We remanded to ask whether the judge would have imposed a lesser sentence had he known that the guidelines were advisory. *See United States v. Paladino*, 401 F.3d 471, 483-84 (7th Cir.2005). The judge said yes, and therefore we VACATE Kyser's sentence and REMAND for resentencing.